Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–18007–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Olayiwola O. Awoyomi
   447 Norway Avenue
   Hamilton, NJ 08629

Social Security No.:
   xxx–xx–0624

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on May 7, 2018 and a confirmation hearing on such Plan has been scheduled for September 26, 2018.

The debtor filed a Modified Plan on September 24, 2018 and a confirmation hearing on the Modified Plan is scheduled for November 13, 2018 @ 10:00. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 28, 2018
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-18007-MBK
Olayiwola O. Awoyomi                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Sep 28, 2018
                             Form ID: 186          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db           +Olayiwola O. Awoyomi,    447 Norway Avenue,    Hamilton, NJ 08629-1210
517469761    +Attn F 5727 17,   Essex County Sheriff,    Foreclosure Dept,    50 West Market Street,
              Newark,  NJ 07102-1607
517469760    +Clerk Equity Part,    Attn F 5727 17,    Superior Court of NJ,    Chancery Div Equity Part,
              212 Washington St 8th Fl,    Newark NJ 07102-2904
517469759    +KML Law Group PC,    216 Haddon Ave Ste 406,    Westmont,  NJ 08108-2812
517469758    +KML Law Group PC,    BNY Independence Ctr Ste 5000,    701 Market Street,
              Philadelphia PA 19106-1538
517626780    +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517469754    +Midfirst Bank,    PO Box 26648,    Oklahoma City, OK 73126-0648
517469755    +Midfirst Mortgage,    999 N W Grand Blvd Ste 100,    Oklahoma City, OK 73118-6051
517469756    +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517469757    +PSEG,   59 Main Street,    West Orange, NJ 07052-5333
517519975    +US Dept of HUD,    451 7th St SW,    Washington, DC 20410-0001
517469762    +Wall Street Financial Corp,    75 Lane Road,    Fairfield, NJ 07004-1044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2018 00:20:22     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2018 00:20:17     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517594806     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 29 2018 00:29:53
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517593485     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 00:30:20
              Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,    Norfolk VA 23541
517533780     E-mail/Text: ebn@vativrecovery.com Sep 29 2018 00:19:52     Palisades Acquisition IX,
              VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Acquisition IX,
              P.O. Box 40728,    Houston, TX 77240-0728
517614901    +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 29 2018 00:20:40     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517473370    +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2018 00:30:17     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517623634    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2018 00:30:32     Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Novlet M Lawrence   on behalf of Debtor Olayiwola O. Awoyomi lawrencenovlet@gmail.com,
           lawrencenovlet@aol.com
          Rebecca Ann Solarz   on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 5