Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–18007–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Olayiwola O. Awoyomi
  447 Norway Avenue
  Hamilton, NJ 08629

Social Security No.:
  xxx–xx–0624

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/15/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 16, 2018
JAN: kmf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Olayiwola O. Awoyomi  
    Debtor

Case No. 18-18007-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 16, 2018  
                   Form ID: 148     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2018.

```
db           +Olayiwola O. Awoyomi,    447 Norway Avenue,    Hamilton, NJ 08629-1210
517469761    +Attn F 5727 17,    Essex County Sheriff,    Foreclosure Dept,    50 West Market Street,
               Newark, NJ 07102-1607
517469760    +Clerk Equity Part,    Attn F 5727 17,    Superior Court of NJ,    Chancery Div Equity Part,
               212 Washington St 8th Fl,    Newark NJ 07102-2904
517469759    +KML Law Group PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517469758    +KML Law Group PC,    BNY Independence Ctr Ste 5000,    701 Market Street,
               Philadelphia PA 19106-1538
517626780    +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517469754    +Midfirst Bank,    PO Box 26648,    Oklahoma City, OK 73126-0648
517469755    +Midfirst Mortgage,    999 N W Grand Blvd Ste 100,    Oklahoma City, OK 73118-6051
517469756    +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517469757    +PSEG,    59 Main Street,    West Orange, NJ 07052-5333
517533780     Palisades Acquisition IX,    VATIV RECOVERY SOLUTIONS LLC, dba SMC,
               As agent for Palisades Acquisition IX,    P.O. Box 40728,    Houston, TX 77240-0728
517519975    +US Dept of HUD,    451 7th St SW,    Washington, DC 20410-0001
517469762    +Wall Street Financial Corp,    75 Lane Road,    Fairfield, NJ 07004-1044
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2018 23:48:14    U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2018 23:48:11    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517594806      EDI: CAPITALONE.COM Nov 17 2018 04:33:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
517593485      EDI: PRA.COM Nov 17 2018 04:33:00    Portfolio Recovery Associates, LLC,    c/o Old Navy,
                POB 41067,    Norfolk VA 23541
517614901     +EDI: JEFFERSONCAP.COM Nov 17 2018 04:33:00    Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517473370     +EDI: RMSC.COM Nov 17 2018 04:33:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517623634     +EDI: AIS.COM Nov 17 2018 04:33:00    Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2018 at the address(es) listed below:

      Albert Russo    docs@russotrustee.com  
      Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Novlet M Lawrence    on behalf of Debtor Olayiwola O. Awoyomi lawrencenovlet@gmail.com, lawrencenovlet@aol.com  
      Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                               TOTAL: 5